THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT S. FERGUSON, Respondent, *v.* DOW VROMAN et al., Constituting the Board of Election Commissioners of the County of Niagara, Appellants.

*People ex rel. Ferguson* v. *Vroman,* 180 App. Div. 914, reversed.
(Argued November 19, 1917; decided December 21, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

October 22, 1917, which affirmed an order of Special Term deciding that chapter 444 of the Laws of 1914 and chapter 530 of the Laws of 1916 were unconstitutional and void, and directing the issuance of a peremptory writ of mandamus to the defendants requiring them to do all acts and things necessary to have the names of any and all candidates for city offices provided for by chapter 300 of the Laws of 1904, as amended, who might be nominated to such offices by independent certificates pursuant to the provisions of the Election Law, submitted to the electors of the city of Niagara Falls at the general election to be held on the 6th day of November, 1917.

*Robert J. Moore,* Corporation Counsel (*S. Wallace Dempsey* of counsel), for appellants.

*Frank S. Nicholson* and *George H. Cobb* for respondent.

Order reversed, with costs in all courts, and application for writ of mandamus denied, on authority of *Cleveland* v. *City of Watertown* (222 N. Y. 159).

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.